## Bell v. Commonwealth.

(Decided September 18, 1913).

### Appeal from Pendleton Circuit Court.

Appeal—Failure to Brief—Record Examined in This Case and Affirmed Notwithstanding Failure to Brief.—Where a case is submitted on a motion to dismiss for want of prosecution, and an examination of the record fails to disclose a reversible error, the judgment will be affirmed.

J. T. SIMON for appellant.

JAMES GARNETT, Attorney General, O. S. HOGAN, Assistant Attorney General for appellee.

OPINION OF THE COURT BY JUDGE NUNN—Affirming.

Appellant has failed to file a brief in this case, and appellee moves to dismiss it for that reason. The case is submitted on that motion.

We have, however, examined the record, but do not find any reversible error.

The judgment of the circuit court is, therefore, affirmed.